# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIASHA MADAVE, | Case No.: 10-CV-01095 |
| Plaintiff, | **ORDER** |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| HILLCREST DAVIDSON & ASSOCIATES, LLC, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   October 14, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT